IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JOHN WILLIAMS and PAMELA WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 624-054 |
| ROBERT K. BELL INVESTMENT INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action. Although "removal" was never accomplished in a procedurally proper manner, in an abundance of caution, the Court also **REMANDS** this case to the Superior Court of Bulloch County, Georgia, case number SUCV2024000192.

SO ORDERED this 3rd day of December, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA